(110 So. 925)

Frank SOUTOULLO v. STATE. (1 Div. 681.) (Court of Appeals of Alabama. Nov. 16. 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating prohibition law.

RICE, J. Affirmed.

(108 So. 926)

Ida SPARKS et al. v. J. H. STILL. (6 Div. 936.) (Court of Appeals of Alabama. April 22, 1926.) Appeal from Circuit Court, Winston County; R. L. Blanton, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(106 So. 924)

George SPEARS v. STATE. (4 Div. 84.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Violating prohibition law.

RICE, J. Appeal dismissed.

(108 So. 926)

John SPINKS v. STATE. (7 Div. 191.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge. W. J. Boykin, of Gadsden, for appellant. Harwell G. Davis, Atty. Gen., and Robert G. Tate, Asst. Atty. Gen., for the State.

BRICKEN. P. J. The able oral charge of the court was fair to defendant and covered every phase of the law governing this case. Appellant was convicted of unlawfully possessing a still. The court gave all of the special written charges requested, and in each instance where the court's ruling was invoked upon the admission of evidence, such ruling was also fair to defendant, and the several exceptions reserved in this connection are so clearly without merit they need not be discussed. The simplest rules of evidence are involved, the questions decided are elementary only, and no error calculated to injuriously affect the substantial right of appellant appears. The evidence was in sharp conflict, and was for the jury to decide. There was full and ample testimony to sustain the verdict of the jury, and to support the judgment of conviction. Said judgment is affirmed. Affirmed.

(108 So. 926)

William J. SQUIRES v. CITY OF TUSCALOOSA. (6 Div. 1.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

(106 So. 924)

Green STAGNER v. STATE. (7 Div. 169.) (Court of Appeals of Alabama. Jan. 19, 1926.) Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Distilling.

RICE, J. Appeal dismissed.

(107 So. 927)

Charlott STALLWORTH v. STATE. (1 Div. 662.) (Court of Appeals of Alabama. March 23, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. First degree manslaughter. R. P. Roach, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(110 So. 926)

Coleman STANLEY v. STATE. (6 Div. 966.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

BRICKEN, P. J. Upon arraignment in the circuit court on a charge of violating the prohibition law, the defendant interposed a plea of guilty; but, notwithstanding this plea, when judgment was pronounced and entered, he appealed therefrom to this court. It is evident that this appeal is for delay only. No points of decision are involved, as there is no bill of exceptions, and the record upon which the appeal is predicated is clearly without error. Affirmed.

(105 So. 926)

A. D. STANSELL v. STATE. (6 Div. 720.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

BRICKEN, P. J. The indictment charged appellant with the offense of unlawfully and recklessly operating a motor vehicle. The verdict of the jury was guilty as charged in the third count of the indictment, and assessed a fine of $50, to which the court added hard labor for the county for 30 days. From the judgment and sentence he appeals to this court. The cause here is submitted upon the record proper only, there being no bill of exceptions. An examination of this record shows it to be regular in all respects and without error. The judgment of conviction appealed from is affirmed. Affirmed.